RECEIVED
USDC, WESTERN DISTRICT OF LA
TONY R. MOORE, CLERK
DATE _____

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

JIMMY JOHN DAVIS
LA. DOC #595434

CIVIL ACTION NO. 3:13-cv-0797

VERSUS

SECTION P

JUDGE ROBERT G. JAMES

WARDEN JONES, ET AL.

MAGISTRATE JUDGE KAREN L. HAYES

JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein,  determining that the findings are correct under the applicable law,  and noting the absence of objections to the Report and Recommendation in the record,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Plaintiff's Complaint be **DISMISSED WITH PREJUDICE** as frivolous and for failing to state a claim for which relief may be granted in accordance with the provisions of 28 U.S.C. §§ 1915(e)(2)(B) and 1915A.

**The Clerk of Court is instructed to send a copy of this Order/Judgment to the keeper of the Three Strikes List in Tyler, Texas.**

MONROE, LOUISIANA, this ___9___ day of ___July_____, 2013.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE